■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE JOHNSON, Appellant. [627 NYS2d 953] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered October 5, 1992, convicting him of robbery in the first degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, it is well settled that resolution of issues of credibility and the weight to be accorded to the evidence presented are primarily questions to be determined by the jury, which saw and heard the witness *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.